# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ERNEST W.L. THOMPSON                                          PLAINTIFF

v.                              No. 2:18-cv-49-DPM

IVORY T. McDANIEL, Sergeant, Brickey
Unit, ADC; S. CHAPMAN, Sergeant,
Brickey Unit, ADC; and JERMY SYKES,
Sergeant, Brickey Unit, ADC                                  DEFENDANTS

## ORDER

1.     The Court appreciates Thompson's timely response. № 4.
His application to proceed *in forma pauperis*, № 1, is granted. He doesn't
have income or assets.

2.     Thompson has pleaded plausible excessive-force claims.
Service on McDaniel, Chapman, and Sykes is appropriate. *Gentile v.
Missouri Department of Correction & Human Resources*, 986 F.2d 214, 217
(8th Cir. 1993).

3.     The Court directs the Clerk to prepare summonses for the
three defendants using the addresses provided by Thompson. And the
Court directs the United States Marshal for the Eastern District of
Arkansas to serve the summonses and complaint without prepayment
of fees.

So Ordered.

_D.P. Marshall Jr._
_United States District Judge_

20 April 2018