IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERNEST W.L. THOMPSON                                              PLAINTIFF

v.                          No. 2:18-cv-49-DPM

IVORY T. McDANIEL, Sergeant, Brickey
Unit, ADC; S. CHAPMAN, Sergeant,
Brickey Unit, ADC; and JERMY SYKES,
Sergeant, Brickey Unit, ADC                                      DEFENDANTS

## ORDER

Thompson was ordered to provide a correct address for Chapman. № 13. He's responded with a similar but different address. № 15. The Court directs the Clerk to re-issue summons for Chapman at Thompson's suggested address; the Clerk should also issue summons for Chapman at his last-known address, which was filed under seal, *e.g.*, № 11. The Court directs the United States Marshal for the Eastern District of Arkansas to serve the appropriate summons and complaint at each address without prepayment of costs.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2018