IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERNEST W.L. THOMPSON                                               PLAINTIFF

v.                          No. 2:18-cv-49-DPM

IVORY T. McDANIEL, Sergeant, Brickey
Unit, ADC; S. CHAPMAN, Sergeant,
Brickey Unit, ADC; and JERMY SYKES,
Sergeant, Brickey Unit, ADC                                        DEFENDANTS

## ORDER

Thompson's motion to produce, № 23, is denied without prejudice. He hasn't followed the Court's instructions. "Discovery requests — like interrogatories and requests for documents — should not be filed with the Court. Instead, discovery requests should be sent to the Defendant's lawyer (or directly to the Defendant if he or she isn't represented by a lawyer)." № 5 at 2. The Court directs the Clerk to send Thompson an extra copy of its Initial Order, № 5. If the Defendants do not follow the applicable Rules of Civil Procedure in responding to a discovery request, then Thompson may move to compel production.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 August 2018