# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ERNEST W.L. THOMPSON**                                              **PLAINTIFF**

v.                                    No. 2:18-cv-49-DPM

**IVORY T. McDANIEL, Sergeant,**
**Brickey Unit, ADC; S. CHAPMAN,**
**Sergeant, Brickey Unit, ADC;**
**and JERMY SYKES, Sergeant,**
**Brickey Unit, ADC**                                                 **DEFENDANTS**

## ORDER

Thompson hasn't responded to the pending summary judgment motion, № 25. If the Court doesn't hear anything by Friday, 14 September 2018, it will decide the motion based on current papers.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2018