# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ERNEST W. L. THOMPSON                                     PLAINTIFF

v.                      No. 2:18-cv-49-DPM

IVORY T. McDANIEL, Sergeant,
Brickey Unit, ADC; S. CHAPMAN,
Sergeant, Brickey Unit, ADC;
and JERMY SYKES, Sergeant,
Brickey Unit, ADC                                         DEFENDANTS

## ORDER

Thompson has filed this civil rights complaint against ADC Officers McDaniel, Chapman, and Sykes alleging a physical assault during a transfer, № 2. After the assault, Thompson filed two different grievance forms, № 25-2 & -3. Because both addressed the same assault, only the first was reviewed on the merits, № 25-3 at 4. When Thompson appealed, he didn't attach the Unit Level Grievance Form. The Warden rejected his appeal for not following ADC policy, № 25-2. All these facts are undisputed. McDaniel, Chapman, and Sykes move for summary judgment based on Thompson's failure to exhaust administrative remedies, № 25. Thompson has responded, № 29.

The Prison Litigation Reform Act required Thompson to exhaust the prison's grievance policies before filing suit. 42 U.S.C. § 1997e(a). But Thompson didn't, № 25-1 at 2 & 8. His lawsuit therefore fails for lack of exhaustion; the Court cannot address the merits about the alleged assault. *Booth v. Churner*, 532 U.S. 731, 733-34 (2001); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003).

The ADC officers' motion, № 25, is granted. The case will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 September 2018