# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ERNEST W. L. THOMPSON**                                   **PLAINTIFF**

v.                                    **No. 2:18-cv-49-DPM**

**IVORY T. McDANIEL, Sergeant,
Brickey Unit, ADC; S. CHAPMAN,
Sergeant, Brickey Unit, ADC;
and JERMY SYKES, Sergeant,
Brickey Unit, ADC**                                   **DEFENDANTS**

## ORDER

Letter about medical condition, № 32, noted. Motion for video footage, № 33, denied. The Court decided this case against McDaniel based on lack of exhaustion, not on the merits. The Court's final Order and Judgment, № 30 & 31, stand.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

9 October 2018