# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ERNEST W. L. THOMPSON                                    PLAINTIFF

v.                       No. 2:18-cv-49-DPM

IVORY T. McDANIEL, Sergeant,
Brickey Unit, ADC; S. CHAPMAN,
Sergeant, Brickey Unit, ADC;
and JERMY SYKES, Sergeant,
Brickey Unit, ADC                                        DEFENDANTS

## ORDER

Motion, № 40, noted. No material from Thompson's doctors has been received by the Court. Thompson must file that material by 15 January 2019. The Court needs that information to decide whether he has a sufficient excuse for missing the deadline.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2018