# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

ERNEST W. L. THOMPSON                      PLAINTIFF

v.                 No. 2:18-cv-49-DPM

IVORY T. McDANIEL, Sergeant,
Brickey Unit, ADC; S. CHAPMAN,
Sergeant, Brickey Unit, ADC;
and JERMY SYKES, Sergeant,
Brickey Unit, ADC                                 DEFENDANTS

## ORDER

Thompson's motion for jury trial, *Doc. 59*, is denied. As the Court has previously explained, this case is closed. *Doc. 58*. Thompson should not file any more papers in it.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 September 2020